THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN 256535)
cameron@sehatlaw.com
Jeffrey Mikel (SBN 350671)
j.mikel@sehatlaw.com
5100 Campus Dr. Ste. 200
Newport Beach, CA 92660
Telephone: (949) 825-5200
Facsimile: (949) 313-5001

Attorneys for Plaintiff, Dawn Poole, Michael Cartwright, prospective Plaintiff G.M., a minor by her mother and guardian ad litem, Samantha Pierson

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN POOLE, individually as a Personal Representative of the Estate of JUSTIN CARTWRIGHT; MICHAEL CARTWRIGHT, individually as a Personal Representative of the Estate of JUSTIN CARTWRIGHT,<br><br>     Plaintiff,<br>  vs.<br><br>HEALTHRIGHT 360, a California Domestic Non-Profit organization and doing business as HEALTHRIGHT 360, HEALTHRIGHT 360 FOUNDATION, a California Domestic Non- Profit organization and doing business as HEALTHRIGHT 360; VITKA EISEN, individually and DOES 1 through 20, inclusive,<br><br>     Defendants. | Case No.: 3:25-cv-03173-JCS<br><br>**DECLARATION OF JEFFREY MIKEL IN SUPPORT OF PLAINTIFF'S MOTION TO INTERVENE** |

1

# DECLARATION OF JEFFREY MIKEL

I, Jeffrey Mikel, declare as follows:

I am an attorney at law licensed to practice before this Court. I am an associate at the Sehat Law Firm, PLC, attorneys of record for Plaintiff in the above-referenced matter. I have personal knowledge of the matters set forth herein below and if called upon to testify will competently testify thereto. Attached hereto is the following exhibit:

Exhibit 1: Proposed First Amended Complaint for Damages

Dated: July 29, 2025              THE SEHAT LAW FIRM, PLC

*/s/ Jeffrey Mikel*
Attorney for Plaintiff