# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAWN POOLE, individually and as a Successor in Interest of the Estate of JUSTIN CARTWRIGHT; MICHAEL CARTWRIGHT, individually and as a Successor in Interest of the Estate of JUSTIN CARTWRIGHT, <br><br> Plaintiffs, <br><br> vs. <br><br> HEALTHRIGHT 360, a California Domestic Non-Profit organization and doing business as HEALTHRIGHT 360, VITKA EISEN, individually and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 3:25-cv-03173-JCS <br><br> **[Proposed] ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT** |

Prospective Plaintiff G. P. by her mother and proposed guardian ad litem have moved to intervene and file a First Amended Complaint, a hearing before this court held on August 20, 2025, and after full consideration of the matter, **IT IS ORDERED** that

Plaintiffs shall file a First Amended Complaint substituting G.P. in place of Plaintiffs Dawn Poole, Michael Cartwright as the sole plaintiff and successor-in-interest with standing to pursue claims on behalf of herself and of the Estate of Justin Cartwright; and

Dismissing the claims of Dawn Poole and Michael Cartwright without prejudice.

**IT IS SO ORDERED**

DATED:_____

                                                            Hon. Joseph C. Spero
                                                            United States District Court Judge