UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN POOLE, et al., <br><br> Plaintiffs. <br><br> v. <br><br> HEALTHRIGHT 360, et al., <br><br> Defendants. | Case No.  25-cv-03173-JCS <br><br> **AMENDED CASE MANAGEMENT AND PRETRIAL ORDER (JURY)** |

Following the case management conference held on June 17, 2026, IT IS HEREBY ORDERED THAT:

A further case management conference is set for **September 23, 2026**, **at 2:00 p.m.**, by Zoom (Zoom Webinar: 161 926 0804. Password: 050855) before Magistrate Judge Spero, in San Francisco, California.  An updated joint case management conference statement is due **September 16, 2026.**

IT IS FURTHER ORDERED THAT:

## I. **DISCOVERY**

A.  All non-expert discovery shall be completed by **September 25, 2026**.

B.  All expert disclosures required by the Federal Rules of Civil Procedure shall be made by **September 28. 2026**, by the party that bears burden of proof on a claim or defense.  Expert rebuttal disclosures by the party that does not bear the burden of proof on an issue shall be made by **October 9, 2026**.

C.  All discovery from experts shall be completed by **October 21, 2026**.

D.  In lieu of filing formal discovery motions, lead trial counsel for Plaintiff(s) and lead trial counsel for Defendant(s) shall meet and confer regarding the subject matter of the Motion(s) in an

Revised 5-9-18

effort to resolve these matters.  After attempting other means to confer on the issue (i.e. letter, phone call, e-mail) any party may demand such a meeting on ten (10) business days' notice. Within five (5) business days of the lead trial counsels' meet-and-confer session, the parties shall provide a detailed Joint Letter to the Court, not to exceed five (5) pages without leave of Court. This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue.  Upon receipt of the Joint Letter the Court will determine what future proceedings are necessary.

## II.    MOTIONS

A.    Each party may file one *Daubert* motion, addressing any number of expert witnesses, to be heard at the same time as dispositive motions.  All dispositive motions and *Daubert* motions shall be heard on **December 16, 2026, at 9:30 a.m., by Zoom videoconference. (Zoom Webinar ID: 161 926 0804. Passcode: 050855).** Any reply papers on such motions shall be served and filed no later than **four (4) weeks** prior to the scheduled hearing date.  The parties shall meet and confer and file a stipulation and proposed order as to the remainder of the briefing schedule.

All chambers' copies should be submitted in .pdf format and emailed to JCSPO@cand.uscourts.gov. Please do not submit paper copies unless requested by the Court.

No party may file more than one (1) summary judgment motion without leave of Court.

IT IS SO ORDERED.

Dated: June 17, 2026



JOSEPH
United S

Judge Joseph C. Spero

United States District Court
Northern District of California

Revised 5-9-18